| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY<br>STATE OF COLORADO<br>270 S. Tejon St.<br>Colorado Springs, CO 80903<br>(719) 452-5000 | DATE FILED: March 7, 2023 3:12 PM<br>FILING ID: 512D7CEBDC450<br>CASE NUMBER: 2023CV30432 |
| **Plaintiff: DOUGLAS BRUCE**<br><br>**v.**<br><br>**Defendants: AURORA CONVENTION CENTER HOTEL LESSEE, LLC, d/b/a GAYLORD ROCKIES RESORT & CONVENTION CENTER AND MARRIOTT HOTEL SERVICES, LLC** | **▲ COURT USE ONLY ▲** |
| *Attorneys for Plaintiff:*<br>Brian Hugen, Esq., #40688<br>RAMOS LAW<br>10190 Bannock Street, Suite 200<br>Northglenn, CO 80260<br>Phone Number: (303) 733-6353<br>Fax Number: (303) 856-5666<br>E-mail: Brianh@ramoslaw.com | Case No:<br><br>Division: |
| **COMPLAINT AND JURY DEMAND** | |

Plaintiff Douglas Bruce, by and through his attorneys, Ramos Law, files a Complaint for damages against the Defendants Aurora Convention Center Hotel Lessee, LLC and Marriott Hotel Services, LLC, as follows:

1.     At all relevant times, Douglas Bruce resides in Colorado Springs, CO 80917.

2.     At all relevant times, Aurora Convention Center Hotel Lessee, LLC is a Delaware limited liability company located at 1 Gaylord Dr., Nashville, TN 37214, and is authorized to do business and does business in the State of Colorado. The registered agent for Aurora Convention Center Hotel Lessee, LLC is the Corporation Service Company, 1900 W. Littleton Boulevard, Littleton, CO 80120.

3.     At all relevant times, Marriott Hotel Services, LLC is a Maryland limited liability company, located at 10400 Fernwood Rd., Bethesda, MD 20817, and is authorized to do business and does in the State of Colorado.  The registered agent for Marriott Hotel Services, LLC is the CT Corporation, 7700 E. Arapahoe Rd, Ste. 220, Centennial, CO 80112.

4.     At all relevant times, Aurora Convention Center Hotel Lessee, LLC owned the Gaylord Rockies Resort & Convention Center, located at 6700 N. Gaylord Rockies Blvd., Aurora, CO

Exhibit A

80019, and was responsible for its management and the condition of the property.  Aurora Convention Center Hotel Lessee, LLC does business as the Gaylord Rockies Resort & Convention Center.

5.      At all relevant times, Marriott Hotel Services, LLC was responsible for the management and condition of the Gaylord Rockies Resort & Convention Center.

6.      Venue is proper in this Court, pursuant to C.R.C.P. 98(c), because the Defendants are non-residents of the State of Colorado and venue is proper in the county designated in the Complaint, and the Defendants are subject to the jurisdiction of Colorado courts pursuant to C.R.S. §13-1-124(1).

## FIRST CLAIM FOR RELIEF
### (Aurora Convention Center Hotel Lessee, LLC)

7.      The Plaintiff incorporates the prior paragraphs in his Complaint as if fully stated herein.

8.      On or about June 3, 2022, Douglas Bruce was attending the Western Conservative Summit at the Gaylord Rockies Resort & Convention Center.

9.      After Douglas Bruce handed a speaker on the stage a document, Mr. Bruce walked in front of the stage, tripped over an object or objects which were laying on the floor in the walkway and fell to the ground sustaining serious injuries.  The lighting in the walkway in front of the stage was inadequate for patrons to safely walk.

10.      At all relevant times, Douglas Bruce was an "invitee", as defined by C.R.S. §13-21-115, of the Defendant Aurora Convention Center Hotel Lessee, LLC and of the Gaylord Rockies Resort & Convention Center.

11.      At all relevant times, the Defendant Aurora Convention Center Hotel Lessee, LLC, doing business as Gaylord Rockies Resort & Convention Center, was a "landowner" as defined by C.R.S. §13-21-115.

12.      The Defendant Aurora Convention Center Hotel Lessee, LLC, through its agents and employees, created a dangerous condition on the property, knew of a dangerous condition on the property, and as a person or entity using reasonable care, should have known of a dangerous condition on the property, all of which created a danger of injury to the public.

13.      Defendant Aurora Convention Center Hotel Lessee, LLC failed to assure that trip hazards were not present in the walkway, failed to provide adequate lighting for the walkway, failed to reasonably warn of the dangerous trip hazard in the walkway, failed to reasonably prevent individuals from traveling in the walkway where the trip hazards were located, and failed to reasonably inspect the walkway for trip hazards.

14.      As a direct and proximate cause of the Aurora Convention Center Hotel Lessee, LLC's failure to use reasonable care to protect against the dangers on the property for which it created, or knew or should have known of, the Plaintiff Douglas Bruce sustained serious and permanent bodily

injuries, past and future health care treatment bills, past and future pain and suffering, past and future physical impairments, and past and future loss of enjoyment of life.

## SECOND CLAIM FOR RELIEF
### (Marriott Hotel Services, LLC)

15.     The Plaintiff incorporates the prior paragraphs in his Complaint as if fully stated herein.

16.     At all relevant times, Douglas Bruce was an "invitee", as defined by C.R.S. §13-21-115, of the Defendant Marriott Hotel Services, LLC and of the Gaylord Rockies Resort & Convention Center.

17.     At all relevant times, the Defendant Marriott Hotel Services, LLC was a "landowner" as defined by C.R.S. §13-21-115.

18.     The Defendant Marriott Hotel Services, LLC, through its agents and employees, created a dangerous condition on the property, knew of a dangerous condition on the property, and as a person or entity using reasonable care, should have known of a dangerous condition on the property, all of which created a danger of injury to the public.

19.     Defendant Marriott Hotel Services, LLC failed to assure that trip hazards were not present in the walkway, failed to provide adequate lighting for the walkway, failed to reasonably warn of the dangerous trip hazard in the walkway, failed to reasonably prevent individuals from traveling in the walkway where the trip hazards were located, and failed to reasonably inspect the walkway for trip hazards.

20.     As a direct and proximate cause of the Marriott Hotel Services, LLC's failure to use reasonable care to protect against the dangers on the property for which it created, or knew or should have known of, the Plaintiff Douglas Bruce sustained serious and permanent bodily injuries, past and future health care treatment bills, past and future pain and suffering, past and future physical impairments, and past and future loss of enjoyment of life.

        WHEREFORE, the Plaintiff Douglas Bruce requests that judgment be entered in his favor and against the Defendant Aurora Convention Center Hotel Lessee, LLC and against the Defendant Marriott Hotel Services, LLC, and each of them, jointly and severally, in an amount to be determined at trial for all economic, non-economic damages, and physical impairment damages allowed by law, plus costs, in an amount to be determined at trial, pre and post judgment interest as permitted by law, and for such other and further relief as the Court deems just and proper.

        **PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

Exhibit A

Dated: March 7, 2023

RAMOS LAW

_____
Brian Hugen, Esq. #40688
*Attorneys for Plaintiff*

Plaintiff's Address:
P.O. Box 26018
Colorado Springs, CO 80936

Exhibit A